# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SALVATORE ESPOSITO,<br><br>Defendant. | Case No. 3:00-cr-00131-RCJ-VPC<br><br>ORDER |

Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

IT IS THEREFORE ORDERED that the indictment against SALVATORE ESPOSITO is hereby DISMISSED.

Dated this 8th day of June, 2023   .

*[signature]*

ROBERT C. JONES, JUDGE
UNITED STATES DISTRICT COURT

1